FILED IN
1st COURT OF APPEALS
HOUSTON, TX
March 2, 2015
CHRISTOPHER A. PRINE,
CLERK

ACCEPTED
01-14-00862-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/2/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00862-CR

IN THE COURT OF APPEALS OF TEXAS
FOR THE FIRST
SUPREME JUDICIAL DISTRICT OF TEXAS
-------------------------------------------------

NO. 1364962

IN THE  JUDICIAL DISTRICT COURT
OF HARRIS COUNTY, TEXAS
-------------------------------------------------

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/28/2015 9:28:00 AM
CHRISTOPHER A. PRINE
Clerk

ANDRE THOMPSON                         Appellee

VS

THE STATE OF TEXAS                     Appellant

-------------------------------------------------
**APPELLANT'S MOTION TO ALLOW LATE FILING
OF APPELLANT'S BRIEF**
-------------------------------------------------

TO THE HONORABLE COURT:

Comes now the Appellant pursuant to Tex.R.App.P. 10.5(b) and 38.6(d), and files this his Motion To Allow Late Filing Of Appellant's Brief and as grounds therefor would show unto the Court the following:

1)   Appellant was sentenced on October 8, 2014 after a jury trial. The jury found him guilty and sentenced him to confinement in the Texas Department of Criminal Justice - Institutional Division for a period of 30 years.

2)   The Appellant timely and properly filed his Notice of Appeal on October 8, 2014.

3)   The Court signed it's order appointing counsel on October 8, 2014.

4)   A Motion For New Trial  was not filed.

5)   An extension is requested until   April 4, 2015 for the filing of Appellant's Brief.

6)   No previous extensions have requested or granted to the Appellant.

7)   This extension is requested based on other extensions to file the record resulted in a due date at a time when Appellant's attorney increased trial workload.

**WHEREFORE**, Appellant prays that the Court grant the requested extension for late filing of Appellant's Brief to April 6, 2015.

Respectfully submitted

_____

Glenn J. Youngblood
Attorney at Law
4669 Southwest Freeway, Suite 595
Houston, Texas 77027
(713) 432-1013
(713) 432-1013 FAX
SBOT # 22217400


**CERTIFICATE OF SERVICE**


This is to certify that on this 27 day of February, 2015 a true and correct copy of the foregoing Motion

For Extension Of Time For Filing the Appellant's Brief was served via telephonic document transfer upon:


Alan Curry
The Harris County District Attorney's Office
Appellate Division
201 Fannin
Houston, Texas 77002
curry_alan@dao.hctx.net


_____

Glenn J. Youngblood